Slip Op. 18–8

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| MAQUILACERO S.A. DE C.V., | : | |
| Plaintiff, | : | |
| v. | : | Before: Richard K. Eaton, Judge |
| UNITED STATES, | : | Court No. 15-00287 |
| Defendant, | : | |
| and | : | |
| WHEATLAND TUBE COMPANY, | : | |
| Defendant-Intervenor. | : | |

## **MEMORANDUM OPINION**

[United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand are sustained.]

Dated: February 9, 2018

*John M. Gurley* and *Diana Dimitriuc-Quaia*, Arent Fox LLP of Washington, DC, for plaintiff.

*Elizabeth A. Speck*, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington, DC, for defendant. With her on the brief were *Chad A. Readler*, Acting Assistant Attorney General, *Jeanne E. Davidson*, Director, and *Claudia Burke*, Assistant Director. Of counsel on the brief was *Lydia C. Pardini*, Attorney, Office of the Chief Counsel for Trade Enforcement and Compliance, U.S. Department of Commerce, of Washington, DC.

*Jordan C. Kahn* and *Roger B. Schagrin*, Schagrin Associates of Washington, DC, for defendant-intervenor.

Eaton, Judge: Before the court are the United States Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand (Dep't Commerce Nov. 27, 2017), ECF No. 51-1 ("Remand Results"). The Remand Results carry out the court's direction in *Maquilacero S.A. de C.V. v. United States*, 41 CIT __, 256 F. Supp. 3d 1294 (2017) that "Commerce . . . find that stenciling is not required for Maquilacero's products to be excluded from the scope of the Order and that, based on Prolamsa's Final Scope Ruling, the analysis found on pages 6-9 of the Final Scope Ruling, and this opinion, Maquilacero's pipe [be] excluded from the Order." *Maquilacero*, 41 CIT at __, 256 F. Supp. 3d at 1314. Commerce complied and found that Maquilacero's pipe was excluded from the Order. *See* Remand Results at 12. Both plaintiff and defendant agree that Commerce's Remand Results complied with the court's direction in *Maquilacero*, and defendant-intervenor did not file comments regarding the Remand Results. *See* Pl.'s Comments on Remand Results, ECF No. 53; Def.'s Resp. Comments Regarding Remand Results, ECF No. 54. Therefore, in accordance with the forgoing, and upon consideration of the papers and proceedings had herein, it is hereby

ORDERED that Commerce's Remand Results are sustained.

Judgment shall be entered accordingly.

>                                    /s/ Richard K. Eaton
>                                    Richard K. Eaton, Judge

Dated:  February 9, 2018
        New York, New York